# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161432

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

BRIAN MICHAEL DEHART,
　　　　　Defendant-Appellant.
_____/

SC: 161432
COA: 353422
Wayne CC: 18-006637-FH

　　　　　On order of the Court, the application for leave to appeal the May 28, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. See *People v Moreno*, 491 Mich 38, 46 (2012) ("While the Legislature has the authority to modify the common law, it must do so by speaking in no uncertain terms.") (quotation marks and citations omitted).



　　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

a1118